## WING v. OWEN et al.

A failure to file a statement, setting forth the grounds upon which a party intends to rely, on motion for a new trial, operates as a waiver of the right to the motion.

APPEAL from the District Court of the Seventh Judicial District, County of Solano.

*John Currey* for Appellant.

*Whitman & Wells* for Respondents.

FIELD, J., delivered the opinion of the Court—TERRY, C. J., concurring.

In this case no statement was filed setting forth the grounds upon which the defendants intended to rely on their motion for a new trial. The failure to file such statement operates as a waiver of the right to the motion. (Practice Act, sec. 195; Adams v. The City of Oakland, 8 Cal., 510.)

The order granting a new trial is reversed, and the cause remanded.